IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>VLADIMIR MKRTCHYAN | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL |

Plaintiff incorporates by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff further alleges as follows:

**I.      DEFENDANTS**

1. Plaintiff names the following Defendants in this action:

    __X__  Koninklijke Philips N.V.
    __X__  Philips North America LLC.
    __X__  Philips RS North America LLC.
    __X__  Philips Holding USA Inc.
    __X__  Philips RS North America Holding Corporation.
    __X__  Polymer Technologies, Inc.
    __X__  Polymer Molded Products LLC.

1

**II.    PLAINTIFF(S)**

2. Name of Plaintiff:

> VLADIMIR MKRTCHYAN

3. Name of spouse of Plaintiff (if loss of consortium claim is being made):

> Not Applicable.

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> Not Applicable

5. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

> California

**III.   DESIGNATED FORUM**

6. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> United States District Court, Central District, Western Division

**IV.    USE OF A RECALLED DEVICE**

7. Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ E30 (Emergency Use Authorization) | ☐ Dorma 500 |
| ☐ DreamStation ASV | ☒ REMstar SE Auto |
| ☐ DreamStation ST, AVAPS | ☐ Trilogy 100 |
| ☐ SystemOne ASV4 | ☐ Trilogy 200 |
| ☐ C-Series ASV | ☐ Garbin Plus, Aeris, LifeVent |
| ☐ C-Series S/T and AVAPS | ☐ A-Series BiPAP Hybrid A30 (not marketed in U.S.) |
| ☐ OmniLab Advanced + | |
| ☐ SystemOne (Q-Series) | ☐ A-Series BiPAP V30 Auto |
| ☒ DreamStation | ☐ A-Series BiPAP A40 |
| ☐ DreamStation Go | ☐ A-Series BiPAP A30 |
| ☐ Dorma 400 | ☐ Other Philips Respironics Device; if other, identify the model: _____ |

## V. INJURIES

8. Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

  ☐ COPD (new or worsening)

  ☐ Asthma (new or worsening)

  ☐ Pulmonary Fibrosis

  ☒ Other Pulmonary Damage/Inflammatory Response

  ☐ Cancer _____ (specify cancer)

  ☒ Kidney Damage

  ☒ Liver Damage

  ☒ Heart Damage

  ☐ Death

  ☐ Other (specify) _____

## VI. CAUSES OF ACTION/DAMAGES

9. As to Koninklijke Philips N.V., Plaintiff adopts the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  __x__ Count I:    Negligence

  __x__ Count II:   Strict Liability: Design Defect

3

   __x__ Count III: Negligent Design
   __x__ Count IV: Strict Liability: Failure to Warn
   __x__ Count V: Negligent Failure to Warn
   __x__ Count VI: Negligent Recall
   __x__ Count VII: Battery
   __x__ Count VIII: Strict Liability: Manufacturing Defect
   __x__ Count IX: Negligent Manufacturing
   __x__ Count X: Breach of Express Warranty
   __x__ Count XI: Breach of the Implied Warranty of Merchantability
   __x__ Count XII: Breach of the Implied Warranty of Usability
   __x__ Count XIII: Fraud
   __x__ Count XIV: Negligent Misrepresentation
   __x__ Count XV: Negligence Per Se
   __x__ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law
   __x__ Count XVII: Unjust Enrichment
   __x__ Count XVIII: Loss of Consortium
   __x__ Count XIX: Survivorship and Wrongful Death
   __x__ Count XX: Medical Monitoring
   __x__ Count XXI: Punitive Damages
   _____ Count XXII: Other [specify below]

10. As to Philips North America LLC, Plaintiff adopts the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __x__ Count I: Negligence
   __x__ Count II: Strict Liability: Design Defect
   __x__ Count III: Negligent Design
   __x__ Count IV: Strict Liability: Failure to Warn

 __x___ Count V:  Negligent Failure to Warn

 __x___ Count VI:  Negligent Recall

 __x___ Count VII:  Battery

 __x___ Count VIII: Strict Liability: Manufacturing Defect

 __x___ Count IX:  Negligent Manufacturing

 __x___ Count X:  Breach of Express Warranty

 __x___ Count XI:  Breach of the Implied Warranty of Merchantability

 __x___ Count XII:  Breach of the Implied Warranty of Usability

 __x___ Count XIII: Fraud

 __x___ Count XIV: Negligent Misrepresentation

 __x___ Count XV:  Negligence Per Se

 __x___ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

 __x___ Count XVII: Unjust Enrichment

 __x___ Count XVIII: Loss of Consortium

 __x___ Count XIX: Survivorship and Wrongful Death

 __x___ Count XX:  Medical Monitoring

 __x___ Count XXI: Punitive Damages

 __x___ Count XXII: Other [specify below]

[ ]

11. As to Philips RS North America LLC, Plaintiff adopts the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

 __x___ Count I:  Negligence

 __x___ Count II:  Strict Liability: Design Defect

 __x___ Count III:  Negligent Design

 __x___ Count IV:  Strict Liability: Failure to Warn

 __x___ Count V:  Negligent Failure to Warn

 __x___ Count VI:  Negligent Recall

5

  __x__    Count VII:    Battery

  __x__    Count VIII:    Strict Liability: Manufacturing Defect

  __x__    Count IX:    Negligent Manufacturing

  __x__    Count X:    Breach of Express Warranty

  __x__    Count XI:    Breach of the Implied Warranty of Merchantability

  __x__    Count XII:    Breach of the Implied Warranty of Usability

  __x__    Count XIII:    Fraud

  __x__    Count XIV:    Negligent Misrepresentation

  __x__    Count XV:    Negligence Per Se

  __x__    Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

  __x__    Count XVII:    Unjust Enrichment

  __x__    Count XVIII:    Loss of Consortium

  __x__    Count XIX:    Survivorship and Wrongful Death

  __x__    Count XX:    Medical Monitoring

  __x__    Count XXI:    Punitive Damages

  _____    Count XXII:    Other [specify below]

12. As to Philips Holding USA Inc., Plaintiff adopts the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  __x__    Count I:    Negligence

  __x__    Count II:    Strict Liability: Design Defect

  __x__    Count III:    Negligent Design

  __x__    Count IV:    Strict Liability: Failure to Warn

  __x__    Count V:    Negligent Failure to Warn

  __x__    Count VI:    Negligent Recall

  __x__    Count VII:    Battery

  __x__    Count VIII:    Strict Liability: Manufacturing Defect

  __x__    Count IX:      Negligent Manufacturing

  __x__    Count X:       Breach of Express Warranty

  __x__    Count XI:      Breach of the Implied Warranty of Merchantability

  __x__    Count XII:     Breach of the Implied Warranty of Usability

  __x__    Count XIII:    Fraud

  __x__    Count XIV:    Negligent Misrepresentation

  __x__    Count XV:     Negligence Per Se

  __x__    Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

  __x__    Count XVII:   Unjust Enrichment

  __x__    Count XVIII:  Loss of Consortium

  __x__    Count XIX:    Survivorship and Wrongful Death

  __x__    Count XX:     Medical Monitoring

  __x__    Count XXI:    Punitive Damages

  _____    Count XXII:   Other [specify below]

13. As to Philips RS North America Holding Corporation, Plaintiff adopts the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  __x__    Count I:       Negligence

  __x__    Count II:      Strict Liability: Design Defect

  __x__    Count III:     Negligent Design

  __x__    Count IV:     Strict Liability: Failure to Warn

  __x__    Count V:      Negligent Failure to Warn

  __x__    Count VI:     Negligent Recall

  __x__    Count VII:    Battery

  __x__    Count VIII:   Strict Liability: Manufacturing Defect

  __x__    Count IX:      Negligent Manufacturing

   _x_   Count X:       Breach of Express Warranty

   _x_   Count XI:      Breach of the Implied Warranty of Merchantability

   _x_   Count XII:     Breach of the Implied Warranty of Usability

   _x_   Count XIII:    Fraud

   _x_   Count XIV:    Negligent Misrepresentation

   _x_   Count XV:     Negligence Per Se

   _x_   Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   _x_   Count XVII:   Unjust Enrichment

   _x_   Count XVIII:  Loss of Consortium

   _x_   Count XIX:    Survivorship and Wrongful Death

   _x_   Count XX:     Medical Monitoring

   _x_   Count XXI:    Punitive Damages

   _____  Count XXII:   Other [specify below]

13. As to Polymer Technologies, Inc., Plaintiff adopts the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   _x_   Count I:       Negligence

   _x_   Count II:      Strict Liability: Design Defect

   _x_   Count III:     Negligent Design

   _x_   Count IV:     Strict Liability: Failure to Warn

   _x_   Count V:      Negligent Failure to Warn

   _x_   Count VIII:   Strict Liability: Manufacturing Defect

   _x_   Count IX:     Negligent Manufacturing

   _x_   Count XIII:    Fraud

   _x_   Count XIV:    Negligent Misrepresentation

   _x_   Count XVII:   Unjust Enrichment

   _x_   Count XVIII:  Loss of Consortium

   __x__    Count XIX:    Survivorship and Wrongful Death
   __x__    Count XX:    Medical Monitoring
   __x__    Count XXI:    Punitive Damages
   _____    Count XXII:    Other [specify below]

[                                                                 ]

14. As to Polymer Molded Products LLC, Plaintiff adopts the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __x__    Count I:    Negligence
   __x__    Count II:    Strict Liability: Design Defect
   __x__    Count III:    Negligent Design
   __x__    Count IV:    Strict Liability: Failure to Warn
   __x__    Count V:    Negligent Failure to Warn
   __x__    Count VIII:    Strict Liability: Manufacturing Defect
   __x__    Count IX:    Negligent Manufacturing
   __x__    Count XIII:    Fraud
   __x__    Count XIV:    Negligent Misrepresentation
   __x__    Count XVII:    Unjust Enrichment
   __x__    Count XVIII:    Loss of Consortium
   __x__    Count XIX:    Survivorship and Wrongful Death
   __x__    Count XX:    Medical Monitoring
   __x__    Count XXI:    Punitive Damages
   _____    Count XXII:    Other [specify below]

[                                                                 ]

15. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff asserts

the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

> Not Applicable.

16. Plaintiff contends that additional parties may be liable or responsible for Plaintiff's damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

> Not Applicable.

17. Plaintiff asserts the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

> Not Applicable.

WHEREFORE, Plaintiff prays for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff may be entitled.

Date: December 23, 2022                         Koorosh K. Shahrokh, Esq.

                                                /S/

                                                NATIONAL CHOICE LAWYERS